Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Rebecca R. Pallmeyer | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 11 C 4872 | **DATE** | 3/15/2012 |
| **CASE TITLE** | Clair Loewy vs. RBS Citizens Bank, N.A., d/b/a Charter One Bank | | |

**DOCKET ENTRY TEXT**

Fairness hearing held. Motion for class certification [9] is granted by agreement. Plaintiff's combined motion for approval of class action settlement, attorneys' fees, and incentive and *Cy Pres* Awards [23] granted. The action is hereby dismissed without prejudice and without costs. The Court awards to Settlement Class Counsel $30,000 as attorneys' fees and costs. The court awards to Plaintiff $1,000.00, as an Incentive Award for her role as Class Representative. There is no just reason for delay of enforcement or appeal of this Order notwithstanding the Court's retention of jurisdiction to oversee implementation and enforcement of the Settlement Agreement. Enter Final Judgment Order. (For further detail see separate order.)

■ [ For further detail see separate order(s).]

Docketing to mail notices.
*Mail AO 450 form.

00:02

U.S. DISTRICT COURT

| | Courtroom Deputy Initials: | ETV |
|---|---|---|

2012 MAR 15 PM 2:21

FILED-BD1